FILED
CLERK, U.S. DISTRICT COURT

June 23, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY:_____CR_____DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff, <br><br> vs. <br><br> ROBERT YANG, <br> CLAUDIA KANO, <br> SUNCOR FONTANA, LLC, <br> SUNCOR HESPERIA, LLC, AND <br> SUNCOR CARE LYNWOOD, LLC <br> Defendants, <br><br> AND <br><br> YANROB'S MEDICAL, INC., <br> HEALTHPRO CAPITAL PARTNERS, LLC, <br> AND SUNCOR CARE, INC. <br> Relief Defendants. | Case No. 5:15-cv-02387-SVW (KKx) <br><br> **JUDGMENT AS TO DEFENDANT SUNCOR CARE LYNWOOD, LLC** |

The Securities and Exchange Commission having filed a Complaint and Defendant Suncor Care Lynwood, LLC, having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction, which is admitted); waived findings of fact and conclusions of law; and waived any right to appeal from this

Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## II.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 (the "Securities Act") [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

    (a)    to employ any device, scheme, or artifice to defraud;

(b)　　to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c)　　to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Judgment by personal service or otherwise:  (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

### III.

IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall pay disgorgement of ill-gotten gains and prejudgment interest thereon; that the amounts of the disgorgement and civil penalty shall be determined by the Court upon motion of the Commission; and that prejudgment interest shall be calculated from December 5, 2012, based on the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2).  Upon motion of the Commission, the Court shall determine whether a civil penalty pursuant to Section 20(d) of the Securities Act [15 U.S.C. § 77t(d)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. § 78u(d)(3)] is appropriate and, if so, the amount of the penalty.  In connection with the Commission's motion for disgorgement and/or civil penalties, and at any hearing held on such a motion: (a) Defendant will be precluded from arguing that it did not violate the federal securities laws as alleged in the Complaint; (b) Defendant may not challenge the validity of the Consent or this Judgment; (c) solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and (d) the Court

1   may determine the issues raised in the motion on the basis of affidavits, declarations,

2   excerpts of sworn deposition or investigative testimony, and documentary evidence,

3   without regard to the standards for summary judgment contained in Rule 56(c) of the

4   Federal Rules of Civil Procedure.  In connection with the Commission's motion for

5   disgorgement and/or civil penalties, the parties may take discovery, including

6   discovery from appropriate non-parties.

7                IV.

8       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court

9   shall retain jurisdiction of this matter for the purposes of enforcing the terms of this

10   Judgment.

11                V.

12       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the

13   Preliminary Injunction, Order Appointing Receiver, Freezing Assets, and Providing

14   for Other Ancillary Relief entered by the Court on December 12, 2015 shall remain in

15   full force and effect as to Defendant following entry of the Judgment.

16                VI.

17       There being no just reason for delay, pursuant to Rule 54(b) of the Federal

18   Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and

19   without further notice.

20   Dated:   June 23, 2016    , 2016

23

24

25                             STEPHEN V. WILSON

26                             UNITED STATES DISTRICT