```
ZACHARY T. CARLYLE
LESLIE J. HUGHES
Admitted pro hac vice
CarlyleZ@sec.gov
HughesLJ@sec.gov
SECURITIES AND EXCHANGE COMMISSION
Byron G. Rogers Federal Building
1961 Stout Street, Suite 1700
Denver, Colorado 80294-1961
Telephone: (303) 844-1000
Facsimile: (303) 297-3529

LOCAL COUNSEL:
David J. VanHavermaat, Cal. Bar No. 175761
VanhavermaatD@sec.gov
SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3213
Facsimile: (213) 443-1904
```

FILED
CLERK, U.S. DISTRICT COURT
June 23, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: CR DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>ROBERT YANG,<br>CLAUDIA KANO,<br>SUNCOR FONTANA, LLC,<br>SUNCOR HESPERIA, LLC, AND<br>SUNCOR CARE LYNWOOD, LLC<br>Defendants,<br>AND<br>YANROB'S MEDICAL, INC.,<br>HEALTHPRO CAPITAL PARTNERS, LLC,<br>AND SUNCOR CARE, INC.<br>Relief Defendants. | Case No. 5:15-cv-02387-SVW (KKx)<br><br>**JUDGMENT AS TO RELIEF DEFENDANT YANROB'S MEDICAL, INC.** |

1    The Securities and Exchange Commission having filed a Complaint and Relief
2 Defendant Yanrob's Medical, Inc., having entered a general appearance; consented to
3 the Court's jurisdiction over Relief Defendant and the subject matter of this action;
4 consented to entry of this Judgment without admitting or denying the allegations of the
5 Amended Complaint (except as to jurisdiction, which is admitted); waived findings of
6 fact and conclusions of law; and waived any right to appeal from this Judgment:

I.

8    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief
9 Defendant shall pay disgorgement of ill-gotten gains and prejudgment interest thereon;
10 that the amounts of the disgorgement shall be determined by the Court upon motion of
11 the Commission; and that prejudgment interest shall be calculated from December 10,
12 2012, based on the rate of interest used by the Internal Revenue Service for the
13 underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2). In
14 connection with the Commission's motion for disgorgement and/or civil penalties, and
15 at any hearing held on such a motion: (a) Relief Defendant will be precluded from
16 arguing that the Defendants did not violate the federal securities laws as alleged in the
17 Amended Complaint; (b) Relief Defendant may not challenge the validity of the
18 Consent or this Judgment; (c) solely for the purposes of such motion, the allegations of
19 the Amended Complaint shall be accepted as and deemed true by the Court; and (d) the
20 Court may determine the issues raised in the motion on the basis of affidavits,
21 declarations, excerpts of sworn deposition or investigative testimony, and documentary
22 evidence, without regard to the standards for summary judgment contained in Rule
23 56(c) of the Federal Rules of Civil Procedure. In connection with the Commission's
24 motion for disgorgement and/or civil penalties, the parties may take discovery,
25 including discovery from appropriate non-parties.
26 /
27 /
28 /

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Preliminary Injunction, Order Appointing Receiver, Freezing Assets, and Providing for Other Ancillary Relief entered by the Court on December 12, 2015 shall remain in full force and effect as to Relief Defendant following entry of the Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: June 23, 2016 , _____

*[signature]*
UNITED STATES DISTRICT JUDGE