FILED
CLERK, U.S. DISTRICT COURT

Nov 3, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT YANG, et al.,<br><br>    Defendants,<br><br>YANROB'S MEDICAL, INC., et al.,<br><br>    Relief Defendants. | Case No. 5:15-CV-02387-SVW (KKx)<br><br>[PROPOSED] ORDER GRANTING SECOND INTERIM APPLICATIONS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF (1) RECEIVER, STEPHEN J. DONELL; (2) FORENSIC ACCOUNTANT, BRANDLIN & ASSOCIATES; AND (3) RECEIVER'S COUNSEL, ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br><br>Date:    November 7, 2016<br>Time:    1:30 p.m.<br>Ctrm:    6<br>Judge:  Hon. Stephen V. Wilson |

    The Court has reviewed the Second Interim Applications for Payment of Fees and Reimbursement of Expenses ("Applications") filed by Stephen J. Donell (the "Receiver"), the permanent receiver for Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, Suncor Care Lynwood, LLC, and their respective subsidiaries and affiliates (collectively, the "Receivership Entities"); Brandlin & Associates ("Brandlin"), the Receiver's forensic accountant; and Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins") the Receiver's counsel of record, for services rendered during the period from April 1, 2016 through June 30, 2016.

Having considered the Applications, and all their supporting materials, the Court finds the fees and costs requested in the Applications are appropriate under the circumstances and will reasonably, but not excessively, compensate the Receiver, Brandlin, and Allen Matkins for their respective efforts.

Good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Receiver's and Brandlin's collective fees, in the amount of $76,026.02, are approved;

2. The Receiver is authorized and directed to pay himself and Brandlin 90% of the approved fees, or $68,423.42, from the assets of the Receivership Entities, on an interim basis;

3. Allen Matkins' fees, in the amount of $118,459.80, and expenses, in the amount of $3,898.57, are approved; and

4. The Receiver is authorized and directed to pay Allen Matkins 80% of the approved fees, or $94,767.84, and 100% of the approved expenses, or $3,898.57, from the assets of the Receivership Entities, on an interim basis.

IT IS SO ORDERED.

Dated: November 3, 2016

*[signature]*
Hon. Stephen V. Wilson
Judge, United States District Court