FILED
CLERK, U.S. DISTRICT COURT

Nov 8, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: _____PMC_____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT YANG, et al.,<br><br>   Defendants,<br><br>YANROB'S MEDICAL, INC., et al.,<br><br>   Relief Defendants. | Case No. 5:15-CV-02387-SVW (KKx)<br><br>**ORDER GRANTING FIRST INTERIM APPLICATIONS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF (1) RECEIVER, STEPHEN J. DONELL; (2) FORENSIC ACCOUNTANT, BRANDLIN & ASSOCIATES; AND (3) RECEIVER'S COUNSEL, ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP**<br><br>Date:  July 11, 2016<br>Time:  1:30 p.m.<br>Ctrm:  6<br>Judge: Hon. Stephen V. Wilson |

The Court has reviewed the First Interim Applications for Payment of Fees and Reimbursement of Expenses ("Applications") filed by Stephen J. Donell (the "Receiver"), the permanent receiver for Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, Suncor Care Lynwood, LLC, and their respective subsidiaries and affiliates (collectively, the "Receivership Entities"); Brandlin & Associates ("Brandlin"), the Receiver's forensic accountant; and the Receiver's counsel of record, Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins"), for

services rendered during the period from December 11, 2015 through March 31, 2016.

Having considered the Applications, and all their supporting materials, the Court finds the fees and costs requested in the Applications are appropriate under the circumstances and will reasonably, but not excessively, compensate the Receiver, Brandlin, and Allen Matkins for their respective efforts.

Good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Receiver's and Brandlin's collective fees in the amount of $259,618.80, and collective expenses in the amount of $1,800.86, are approved;

2. The Receiver is authorized and directed to pay himself and Brandlin 90% of the approved fees, or $233,656.92, and 100% of the approved expenses, or $1,800.96, from the assets of the Receivership Entities, on an interim basis;

3. Allen Matkins' fees in the amount of $239,621.40, and expenses in the amount of $9,648.33, are approved; and

4. The Receiver is authorized and directed to pay Allen Matkins 80% of the approved fees, or $191,697.12, and 100% of the approved expenses, or $9,648.33, from the assets of the Receivership Entities, on an interim basis.

IT IS SO ORDERED.

Dated: November 8, 2016

Hon. Stephen V. Wilson
Judge, United States District Court