```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              Feb 16, 2017

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY:      PMC      DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>ROBERT YANG, et al.,<br><br>  Defendants,<br><br>YANROB'S MEDICAL, INC., et al.,<br><br>  Relief Defendants. | Case No. 5:15-CV-02387-SVW (KKx)<br><br>ORDER GRANTING THIRD INTERIM APPLICATIONS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF (1) RECEIVER, STEPHEN J. DONELL AND (2) RECEIVER'S COUNSEL, ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br><br>Date:  February 27, 2017<br>Time:  1:30 p.m.<br>Ctrm:  10A<br>Judge: Hon. Stephen V. Wilson |

The Court has reviewed the Third Interim Applications for Payment of Fees and Reimbursement of Expenses ("Applications") filed by Stephen J. Donell (the "Receiver"), the permanent receiver for Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, Suncor Care Lynwood, LLC, and their respective subsidiaries and affiliates (collectively, the "Receivership Entities"); and Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins") the Receiver's counsel of record,

for services rendered during the period from July 1, 2016 through September 30, 2016.

Having considered the Applications, and all their supporting materials, the Court finds the fees and costs requested in the Applications are appropriate under the circumstances and will reasonably, but not excessively, compensate the Receiver and Allen Matkins for their respective efforts.

Good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Receiver's fees, in the amount of $31,555.80, and expenses, in the amount of $159.76, are approved;

2. The Receiver is authorized and directed to pay himself 90% of the approved fees and expenses, or $28,400.22, and 100% of the approved expenses, or $159.76, from the assets of the Receivership Entities, on an interim basis;

3. Allen Matkins' fees, in the amount of $83,999.35, and expenses, in the amount of $1,132.15, are approved; and

4. The Receiver is authorized and directed to pay Allen Matkins 80% of the approved fees, or $67,199.48, and 100% of the approved expenses, or $1,132.15, from the assets of the Receivership Entities, on an interim basis.

IT IS SO ORDERED.

Dated: February 16, 2017

Hon. Stephen V. Wilson
Judge, United States District Court