UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT YANG, et al.,<br><br>　　　　Defendants,<br><br>YANROB'S MEDICAL, INC., et al.,<br><br>　　　　Relief Defendants. | Case No. 5:15-CV-02387-SVW (KKx)<br><br>[~~xxxxxxxxxxxxxxxx~~] [PROPOSED] ORDER GRANTING FOURTH INTERIM APPLICATIONS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF (1) RECEIVER, STEPHEN J. DONELL AND (2) RECEIVER'S COUNSEL, ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP<br><br>Date:　July 10, 2017<br>Time:　1:30 p.m.<br>Judge:　Hon. Stephen V. Wilson |

　　　The Court has reviewed the Fourth Interim Applications for Payment of Fees and Reimbursement of Expenses ("Applications") filed by Stephen J. Donell (the "Receiver"), the permanent receiver for Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, Suncor Care Lynwood, LLC, and their respective subsidiaries and affiliates (collectively, the "Receivership Entities"); and Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins") the Receiver's counsel of record, for services rendered during the period from October 1, 2016 through December 31, 2016.

Having considered the Applications, and all their supporting materials, the Court finds the fees and costs requested in the Applications are appropriate under the circumstances and will reasonably, but not excessively, compensate the Receiver and Allen Matkins for their respective efforts.

Good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Receiver's fees, in the amount of $22,555.60, and expenses, in the amount of $50.97, are approved;

2. The Receiver is authorized and directed to pay himself 90% of the approved fees and expenses, or $20,300.04, and 100% of the approved expenses, or $50.97, from the assets of the Receivership Entities, on an interim basis;

3. Allen Matkins' fees, in the amount of $79,274.70, and expenses, in the amount of $1,884.60, are approved; and

4. The Receiver is authorized and directed to pay Allen Matkins 80% of the approved fees, or $63,419.76, and 100% of the approved expenses, or $1,884.60, from the assets of the Receivership Entities, on an interim basis.

IT IS SO ORDERED.

Dated: June 22, 2017

Hon. Stephen V. Wilson
Judge, United States District Court