UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>ROBERT YANG, et al.,<br><br>   Defendants,<br><br>YANROB'S MEDICAL, INC., et al.,<br><br>   Relief Defendants. | Case No. 5:15-CV-02387-SVW (KKx)<br><br>**[PROPOSED] ORDER GRANTING FIFTH INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF THE RECEIVER AND HIS PROFESSIONALS**<br><br>Date:  January 29, 2018<br>Time:  1:30 p.m.<br>Judge: Hon. Stephen V. Wilson |

## **ORDER**

The Court has reviewed the Fifth Interim Application for Payment of Fees and Reimbursement of Expenses ("Application") filed by Stephen J. Donell (the "Receiver"), the permanent receiver for Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, Suncor Care Lynwood, LLC, and their respective subsidiaries and affiliates (collectively, the "Receivership Entities") and Allen Matkins Leck Gamble Mallory & Natsis, LLP ("Allen Matkins") the Receiver's counsel of record, for services rendered during the period from January 1, 2017 through March 31, 2017.

Having considered the Application, and all its supporting materials, the Court finds the fees and costs requested in the Application are appropriate under the circumstances and will reasonably, but not excessively, compensate the Receiver and Allen Matkins for their respective efforts.

Good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Receiver's fees, in the amount of $44,446.70, and expenses, in the amount of $417.46, are approved;

2. The Receiver is authorized and directed to pay himself 90% of the approved fees, or $40,002.03, and 100% of the approved expenses, or $417.46, from the assets of the Receivership Entities, on an interim basis;

3. Allen Matkins' fees, in the amount of $86,994.70, and expenses, in the amount of $359.68, are approved; and

4. The Receiver is authorized and directed to pay Allen Matkins 80% of the approved fees, or $69,595.76, and 100% of the approved expenses, or $359.68, from the assets of the Receivership Entities, on an interim basis.

IT IS SO ORDERED.

Dated: _____

Hon. Stephen V. Wilson
Judge, United States District Court