UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:15-cv-02387-SVW-KK | Date | January 29, 2018 |
|---|---|---|---|
| Title | Securities and Exchange Commission v. Robert Yang et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | Deborah Gackle | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Leslie J. Hughes (appearing by phone)
Joshua A. del Castillo (attorney for Receiver)

**Proceedings:**   [210] MOTION re Fifth APPLICATION for Order for on Interim Application for Payment of Fees and Reimbursement of Expenses of Receiver and His Professionals 210 filed by Receiver Stephen J. Donell

Hearing held. The motion is approved.

: 04

Initials of Preparer   PMC