DAVID R. ZARO (BAR NO. 124334)
JOSHUA A. DEL CASTILLO (BAR NO. 239015)
MELISSA K. ZONNE (BAR NO. 301581)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax:  (213) 620-8816
E-Mail: dzaro@allenmatkins.com
        jdelcastillo@allenmatkins.com
        mzonne@allenmatkins.com

Attorneys for Receiver
STEPHEN J. DONELL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>ROBERT YANG, et al.,<br><br>                    Defendants,<br><br>YANROB'S MEDICAL, INC., et al.,<br><br>                    Relief Defendants. | Case No. 5:15-CV-02387-SVW (KKx)<br><br>**NOTICE OF SUBMISSION AND MOTION FOR APPROVAL OF SIXTH INTERIM APPLICATION FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES OF RECEIVER AND HIS PROFESSIONALS**<br><br>[Memorandum of Points and Authorities; Sixth Interim Application of Receiver and His Professionals; Declaration of Stephen J. Donell; and [Proposed] Order submitted concurrently herewith]<br><br>Date:  January 7, 2019<br>Time:  1:30 p.m.<br>Ctrm:  10A<br>Judge: Hon. Stephen V. Wilson |

**TO ALL INTERESTED PARTIES AND THIS HONORABLE COURT:**

**PLEASE TAKE NOTICE THAT** on January 7, 2019 at 1:30 p.m., or as soon thereafter as this matter may be heard in Courtroom 10A of the above-entitled Court, located at 350 W. 1st Street, 10th Flr., Los Angeles, California 90012, Stephen J. Donell, (the "Receiver") as the permanent receiver for Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, Suncor Care Lynwood, LLC, and their

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

1118788.02/LA

NOTICE OF SUBMISSION AND MOTION
FOR APPROVAL OF FEE APPLICATION

respective subsidiaries and affiliates, will and hereby does move this Court for an Order granting the Sixth Interim Application for Payment of Fees and Reimbursement of Expenses (the "Application") of the Receiver, his accountants, SL Biggs, a Division of Singer Lewak ("SL Biggs"), and his counsel of record, Allen Matkins Leck Gamble Mallory & Natsis LLP ("Allen Matkins" or "Professionals").

The Application of the Receiver and Allen Matkins has been submitted concurrently herewith. Pursuant to the Application, the Receiver, Allen Matkins and SL Biggs seek approval of all of their respective fees and expenses incurred from April 1, 2017 through July 31, 2018, as follows:

| **Applicant** | **Current Fees** | **Current Expenses** | **Total Amount Requested for Approval** |
|---|---|---|---|
| Receiver | $107,177.08 | $403.45 | $107,580.53 |
| Allen Matkins | $322,341.40 | $5,550.98 | $327,892.38 |
| SL Biggs | $1,440.00 | 0 | $1,440.00 |
| **TOTAL:** | $430,958.48 | $5,954.43 | $436,912.91 |

Pursuant to the Application, the Receiver seeks authorization to pay himself 90% of the approved fees and 100% of the approved expenses from the assets of the Receivership Entities, on an interim basis. Additionally, the Receiver seeks authorization to pay Allen Matkins 80% of the approved fees and 100% of the approved expenses from the assets of the Receivership Entities, on an interim basis. Finally, the Receiver seeks authorization to pay SL Biggs 100% of its fees which arose in connection with accounting services and the sale of one real property Asset.

The Application is based on this Notice of Submission and Motion for Approval of Sixth Interim Application for Payment of Fees and Reimbursement of Expenses, the Application itself, as well as the concurrently filed Memorandum of

1  Points and Authorities, and Declaration of Stephen J. Donell, along with any
2  argument or evidence presented to the Court at the hearing on this Motion.
3        Please also note that the Receiver's and Allen Matkins' First Interim
4  Applications for Payment of Fees and Reimbursement of Expenses (the "Original
5  Applications"), which covered the period from December 2015 through March
6  2016, were filed on June 3, 2016, and heard on July 11, 2016, and the Second
7  Interim Applications for Payments of Fees and Reimbursement of Expenses (the
8  "Second Applications"), which covered the period from April 1, 2016 through June
9  30, 2016, were filed on October 7, 2017 and the hearing was vacated.  The order on
10 the Second Applications was entered on November 3, 2016, and the order granting
11 the First Applications was entered on November 8, 2016.  The Third Interim
12 Applications for Payment of Fees and Reimbursement of Expenses (the "Third
13 Applications"), which covered the period from July 1, 2016 through September 30,
14 2016 was filed on January 11, 2017, and the order granting the Third Applications
15 was entered on February 16, 2017.  The Fourth Interim Applications for Payment of
16 Fees and Reimbursement of Expenses (the "Fourth Applications"), which covered
17 the period from October 1, 2016 through December 31, 2016 was filed on June 7,
18 2017, and the order granting the Fourth Applications was entered on June 22, 2017.
19 The Fifth Interim Applications for Payment of Fees and Reimbursement of
20 Expenses (the "Fifth Applications), which covered the period from January 1, 2017
21 \\\
22 \\\
23 \\\
24 \\\
25 \\\
26 \\\
27 \\\
28

through March 31, 2017 was filed on December 19, 2017, and the order granting the Fifth Applications was entered on January 29, 2018.

Dated: November 19, 2018

ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
DAVID R. ZARO
JOSHUA A. DEL CASTILLO
MELISSA K. ZONNE

By:     */s/    Joshua A. del Castillo*
    JOSHUA A. DEL CASTILLO
    Attorneys for Receiver
    STEPHEN J. DONELL