UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT YANG, et al.,<br><br>            Defendants,<br><br>YANROB'S MEDICAL, INC., et al.,<br><br>            Relief Defendants. | Case No. 5:15-CV-02387-SVW (KKx)<br><br>[PROPOSED] ORDER GRANTING MOTION OF RECEIVER, STEPHEN J. DONELL, FOR ORDER:  (1) APPROVING FINAL REPORT AND ACCOUNTING; (2) AUTHORIZING PAYMENT OF FINAL FEE APPLICATION OF RECEIVER AND PROFESSIONALS; (3) AUTHORIZING SUBMISSION OF APPROPRIATE TAX RETURNS; (4) AUTHORIZING RETURN, ABANDONMENT, OR DESTRUCTION OF DOCUMENTS; (5) AUTHORIZING SUPPLEMENTAL DISTRIBUTION; AND (6) CLOSING RECEIVERSHIP CASE AND DISCHARGING AND RELEASING RECEIVER<br><br>Date:  December 16, 2019<br>Time:  1:30 p.m.<br>Ctrm:  10A<br>Judge Hon. Stephen V. Wilson |

## **ORDER**

The Motion of the Court-Appointed Permanent Receiver, Stephen J. Donell (the "Receiver"), for an Order:  (1) Approving Final Report and Accounting; (2) Authorizing Payment of Final Fee Application of Receiver and Professionals; (3) Authorizing Submission of Appropriate Tax Returns; (4) Authorizing Return,

Abandonment, or Destruction of Documents, After Resolution of Appeal; (5) Authorizing Supplemental Distribution; and (6) Closing Receivership Case and Discharging and Releasing Receiver (the "Motion") came for hearing before this Court on December 16, 2019. Having considered the Motion and all supporting and attendant materials, and good cause appearing therefor, this Court ORDERS as follows:

1. The Receiver's Motion is granted, in its entirety;

2. The Receiver's Final Report and Accounting is accepted and approved;

3. The Receiver's and his professionals' Final Application for Payment of Fees and Reimbursement of Expenses of Receiver and his Professionals is granted, and the Receiver is authorized to pay the previously-approved amounts identified therein, in the aggregate amount of $329,059.32;

4. The Receiver is authorized to submit final tax returns for Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, Suncor Care Lynwood, LLC, and their respective subsidiaries and affiliates (collectively, the "Receivership Entities");

5. The Receiver is authorized to make available to the Plaintiff Securities and Exchange Commission, and Defendants Yang and Kano, and any Relief Defendant, copies of originals of any business records or documents produced by the Defendants to the Receiver during the pendency of his appointment, and to maintain copies of all materials he obtained during his service as Receiver pending the resolution of the appeal styled <u>SEC v. Yang, et al.</u>, 9th Circuit Case No. 19-55289, after which he shall be immediately authorized, without further order of this Court, to abandon and destroy all documents of the Receivership Entities in his possession or control;

6. The Receiver is authorized to make a supplemental, *pro rata* distribution on all previously allowed investor claims, from any funds remaining on-hand after the payment of outstanding administrative and professional fees and

expenses, and operations costs, should funds remain available, as described in the Motion;

7. In accordance with the terms of this Court's Final Judgment as to Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, and Suncor Care Lynwood, LLC (the "Final Judgment") [ECF No. 300] and (i) this Court having approved the Receiver's Final Report and Accounting; and (ii) the Receiver having completed the distribution authorized by the Court's May 7, 2019 Order Granting Motion of Receiver, Stephen J. Donell, for Order Approving Final Distribution Amount an Authorizing Final Distribution [ECF No. 299], the Final Judgment is deemed satisfied as to Defendants Suncor Fontana, LLC, Suncor Hesperia, LLC, and Suncor Care Lynwood, LLC;

8. The instant receivership shall be deemed closed, and the Receiver discharged and released from his duties and obligations in the above-referenced matter, without further order of the Court, effective upon receipt of a Notice or Declaration from the Receiver reflecting the completion of the foregoing tasks; and

9. Any receivership funds remaining in the Receiver's possession after the payment of all administrative professional fees and expenses, ordinary operations costs, and the Receiver's proposed supplemental distribution shall be remitted to the Plaintiff Securities and Exchange Commission and credited to the United States Treasury.

SO ORDERED.

Dated: December 12, 2019

Hon. Stephen V. Wilson
Judge, United States District Court